AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HARRIS | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 04-CV-848A(Sc) |
| v. | |
| BARNHART | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that defendant's motion for judgment on the pleadings is denied; that plaintiff's motion for judgment on the pleadings is granted and that the action is remanded for further proceedings.

Date: November 7, 2005          RODNEY C. EARLY, CLERK


                                By: s/Suzanne Grunzweig
                                    Deputy Clerk